# Employee Handbook



## Table Of Contents

Table Of Contents ............................................................................................... 1-2

*I. Employee Handbook Overview* .................................................................. 3

  Introduction ..................................................................................................... 3

  History of Dura-Fibre, LLC. ........................................................................ 3

  Dura- Fibre's Objectives and Goals ............................................................ 4

  Employment Principles ................................................................................. 4-5

  Open Door Policy .......................................................................................... 5

*II. Performance Expectations* ...................................................................... 5

  What Dura-Fibre expects from you ............................................................ 5

  Business Conduct .......................................................................................... 6

  Dress Code Policy ......................................................................................... 7

  Company Communication Systems ............................................................ 7-8

  Company Confidentiality and Loyalty ...................................................... 8

  Hours of Work .............................................................................................. 8

  Break Periods ............................................................................................... 9

  Absenteeism .................................................................................................. 9

  Safety Policy ................................................................................................. 9-10

  Satety Rules .................................................................................................. 11

  On the job injuries ....................................................................................... 12

  Doctor's Appointments ................................................................................ 12

  Smoking ......................................................................................................... 12

  Personnel Records ........................................................................................ 12

  Workplace Relationships ............................................................................. 12-13

  Solicitation and Distribution of Literature ............................................... 13

  Statement to the Media ............................................................................... 13

  Visitors .......................................................................................................... 13-14

  Resignation of Employment ....................................................................... 14

*III.   Benefits* ........................................................................................... 15

  Benefit Overview .......................................................................................... 15

  401K Plan ...................................................................................................... 15

  Employee Assistance Program ................................................................... 15

  Holidays ......................................................................................................... 16

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 1 of 29   Document 33-14

Ex. 13   DURAFIBRE01622

Floating Holidays...........................................................................................................16

Vacation.........................................................................................................................17

Jury Duty.......................................................................................................................18

Family & Medical Leave of Absence............................................................................18

Military Leave................................................................................................................19

Bereavement Leave........................................................................................................19

Sending Flowers............................................................................................................19

Travel Expense Policy...............................................................................................19-20

IV. Compensation......................................................................................................20

Pay Checks.....................................................................................................................20

Direct Deposit................................................................................................................20

Employment Classification.......................................................................................20-21

Performance Management and Salary Adjustments.......................................................21

V. Training and Development.................................................................................22

Employee Training and Development............................................................................22

Tuition Reimbursement..................................................................................................22

Job Postings....................................................................................................................22

VI. Workplace Requirements/Laws.......................................................................22

Americans with Disabilities Act....................................................................................22

Drug Free Workpalce................................................................................................22-23

Substance Abuse Policy.................................................................................................23

Equal Opportunity Employment....................................................................................24

Intimidation or Harassment in the Workplace..........................................................24-25

Immigration Reform.......................................................................................................25

Violence in the Workplace.............................................................................................26

Security (Theft)..............................................................................................................26

Progressive Discipline Process......................................................................................26

VII. Conclusion...........................................................................................................27

Handbook Acknowledgement........................................................................................28

Case 1:17-cv-00589-WCG    Filed 03/08/18    Page 2 of 29    Document 33-14

DURAFIBRE01623

# I. Employee Handbook Overview

For purposes of this handbook, salaried and hourly office employees/management shall be referred to as office employees and employees subject to the agreement between Dura-Fibre, LLC (the Company) and United Steel Workers 2-432 shall be referred to as union employees. When a specific mention is not noted, the policy shall refer to both sets of employees. This handbook is a supplement to the Labor Amendment and shall there be a discrepancy between the Labor Amendment and the employee handbook, the Labor Amendment will prevail.

## Introduction

The success of our Company is directly attributed to the efforts of our employees. Through prompt responsiveness to our customers, commitment to technical competence, hard work and integrity, your individual contribution is extremely important to the continued success of our Company.

This Handbook will assist you in understanding Dura-Fibre's policies and procedures. Please familiarize yourself and keep this guide handy for easy reference. This guide supersedes all previous non-union verbal and written policies. This guide is for your information and guidance. It is not, however, a contract or guarantee of employment, either expressed or implied. Each employee's employment is considered at-will and is subject to the Company's business needs, the needs of our customers and clients, and our determination as to satisfactory individual performance. The policies set forth here are subject to change from time to time as the Company determines to be appropriate.

If you have any questions regarding the contents of this handbook, please speak with your supervisor/human resource department. We hope that your career at Dura-Fibre is a rewarding experience.

## History of Dura-Fibre, LLC

Our Company's history spans over 80 years specializing in laminating, die cutting and printing. Dura-Fibre operates in a 125,000 square foot facility in Menasha, Wisconsin, and employs approximately 80 people. The Dura-Fibre building has gone through a number of expansions and equipment updates including a state-of-the-art laminator, flat bed and rotary die cutters and a unique adhesive system for laminating thin substrates.

- It was established in 1930 as Wisconsin Container, and had four shareholders.
- In 1970 one of the shareholders, Menasha Corporation, purchased the company and formed the Solid Fibre Division.
- In 2002 the Solid Fibre Division became Menasha Laminating Plant, an operating unit of Menasha Packaging, LLC.
- In 2004, Dunsinn Partners purchased our company and officially formed Dura-Fibre® as we know it today.
- In 2008, Dura-Fibre decided to focus time and energy in creating and redefining its strategic business needs and ultimately changed their vision, mission and guiding principles with the firm intent to take Dura-Fibre to the next level.
- In 2010, Dura-Fibre acquired the assets of Rock Tenn and moved the Indiana operations to Wisconsin.

## Dura-Fibre's Objectives & Goals

### Vision

To become a $50 million manufacturer of innovative packaging material, converted products and laminated solutions.

### Mission

We create value for our customers with custom laminated solutions.

### Guiding Principles

We place a top priority on safety, quality, service and productivity with uncompromising integrity.

We are resourceful people who live by our values in order to build value for our customers, markets and business:

> SOLVE-Provide solutions and overcome challenges
> OPEN-Learning organization eager to change and adapt
> ALIGN-All resources teaming to achieve key initiatives
> ENGAGE-Be an active participant in key initiatives
> OPTIMIZE-Continuously improving our practices and processes
> ACT-Initiate activities that improve our business
> OWN-Full ownership to our contributions and responsibilities

We make the product development and buying process easy for our customers, fulfilling their needs accurately the first time all while being fiscally responsible.

## Employment Principles

Dura-Fibre has demonstrated success and will continue to build a reputation among our customers as a reliable, quality supplier and employer. Our Company is equally interested in having a reputation in the community and with its employees, as being a great place to work; therefore, we have adopted the following employment principles:

1. Equal employment opportunity and opportunity for advancement based on ability to contribute to our success without regard to race, sexual orientation, national origin, marital status, color, creed, sex, physical disability, veteran status, age, or any other protected characteristics.

2. Recognition of each employee as an individual, with all of us treating each other with respect and courtesy.

3. The opportunity and responsibility to participate, enabling employees to increase skill levels and make positive changes to the process by being involved in decision making.

4. Dura-Fibre provides a desirable, clean and safe working environment.

5. It is our commitment to hire and retain the best-qualified employees in accordance with our rights and obligations under applicable federal, state, and local employment laws.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 4 of 29   Document 33-14

DURAFIBRE01625

6.   A wage and benefit package that is competitive and designed to provide equitable compensation, based on the nature of the job performed, those performance results and market equity.  Periodic review of these programs will be conducted to ensure that they are kept up-to-date.

7.   Open lines of communication among all members of the Company.  We all have a responsibility to communicate openly and honestly with any member of our team in a respectful manner, and to discuss problems or complaints without fear of any kind of reprisal.

8.   Opportunities for personal growth and job satisfaction.

## Open Door Policy

We believe fair and equitable treatment of all employees can be achieved when communication flows freely throughout the Company and when people treat each other with trust and respect.  Normally, your supervisor will be most knowledgeable about your job and be able to help you.  However, when appropriate or you feel it is necessary; you may talk with any manager in the Company.  Managers will treat each situation with dignity, respect, and confidentiality.

## II. Performance Expectations

### What Dura-Fibre expects from you

Dura-Fibre provides wages and other benefits of employment based on the Company's general business conditions. For office employees, these will be reviewed periodically by your manager and will be revised when appropriate based on business and market conditions. For union employees, wages will be reviewed during contract negotiations and will be identified for the length of the contract in the Labor Amendment.  Improvements in wages and benefits can come only if each one of us does his/her very best in support of our Company.

As an integral and important part of our Company, Dura-Fibre expects you to report to work on time and ready to work every day, and to do your job conscientiously and in the best interest of our customers and the Company.

All employees should realize that they are representatives of Dura-Fibre and as such their contacts with other employees, customers, suppliers, visitors and the community reflect on the quality and integrity of Dura-Fibre.

Please keep in mind, each day as you prepare to come to work, that on any day we may have a customer(s)/visitor(s) at Dura-Fibre.  Attributes such as personal grooming, behavior, habits, communication skills and housekeeping play a major role in projecting Dura-Fibre as a positive Company to do business with.  All employees are expected to conduct themselves in a manner appropriate to a professional place of business.  We are all proud of Dura-Fibre and should portray this image to those we deal with.

Above all, we must manufacture products of the highest quality without unnecessary waste or cost.  Ideas regarding how to improve our products or processes should be brought promptly to the attention of your supervisor.

Case 1:17-cv-00589-WCG    Filed 03/08/18    Page 5 of 29    Document 33-14

DURAFIBRE01626

## Business Conduct at Dura-Fibre LLC

Orderly and efficient operation of our plant requires that employees maintain personal discipline and standards of conduct at all times in order to protect the health and safety of all employees, to maintain uninterrupted production on jobs, and to protect the Company's goodwill, integrity and property. It is our expectation that all employees use a common sense approach and treat others with respect. To that end, Dura-Fibre has established the following general guidelines. These guidelines are not all inclusive.

No employee shall:

- Misrepresent facts in obtaining employment; falsify reports or records, including personal time cards, absence, sickness, and production records; or falsely claim injury.

- Misuse or remove from the premises, without proper written authorization, Company property, production samples, records, waste, or other materials.

- Display insubordinate behavior.

- Direct a non-employee to solicit and/or distribute literature on the Company's property.

- Bring firearms or weapons of any kind into the plant.

- Introduce, consume, or be under the influence of intoxicants or controlled substances (such as narcotics, drugs, or barbiturates) on Company premises.

- Tamper with fire extinguishers, sprinklers, alarm systems, or other equipment related to plant or employee safety or security. Unauthorized use of this equipment and these systems is prohibited.

- Transport unauthorized passengers in any Company vehicle.

- Post or inscribe literature or other materials on bulletin boards reserved for Company use or other Company property without proper approval, or remove or deface literature that has been properly posted.

- Make or receive telephone calls during working time unless such calls involve Company business or are of an emergency nature. Personal calls may be made only during your break time, and only from the designated phones located near the break room or from personal cellular phones in the lunch room or other designated break areas.

- Mark on walls, posts, lockers, machines, hang pictures, signs, or posters without proper approval.

- Access secure areas, unless with prior authorization.

- Read non-work related material during work hours.

This list is not all inclusive and misconduct not listed may result in corrective action up to and including termination.

## Dress Code Policy

All Dura-Fibre LLC employees have a direct impact on the image of our Company. One key aspect of our image is how employees dress and how dress is interpreted by our customers. We recognize the fact that different styles will be necessary due to the season, degrees of customer contact, nature of work and safety issues.

Office employees project a professional image by wearing appropriate clothing attire. Examples of acceptable apparel include the following: khaki pants, polo shirts, dress pants, skirts at knee level, etc. Unacceptable clothing include: baseball hats, flip flops, sweat pants, overall bibs, jeans with rips, low cut shirts, shirts with large lettering, mini-skirts, distracting, tight, offensive or revealing clothes.

Union employees are required to wear appropriate clothing that can not get tangled into equipment that is free of tears. Appropriate clothing would include jeans, t-shirts or sweatshirts. Jewelry, watches, bracelets and rings are not allowed while working on any plant equipment. Hearing protection, steel toe shoes and American National Standards Institute (ANSI) approved safety glasses must be worn on the floor at all times. Long hair must be tied back.

All Dura-Fibre employees are expected to be clean and maintain good personal hygiene at all times. Scents or fragrances (including but not limited to deodorants, lotions, hairspray, cosmetics, colognes, or perfumes) may be worn only in moderation. No employee may wear any scent or fragrance that is overpowering, distracting or irritating to other employees, customers or third parties with whom the employee may come into contact.

## Company Communication Systems

All communication systems used at Dura-Fibre, such as computer, telephone loudspeaker paging system, fax, voice mail, on-line computer services, and e-mail, are to be used for conducting Company business only. The Company communication systems are not totally private or confidential. Personal use of these systems is not authorized. Even though most systems are password-protected, it is still possible for others to access the systems you are using.

Employees will be instructed on the proper use of the communication systems at Dura-Fibre for both internal and external business communications. All Company communication systems and the information maintained in these systems are considered the sole property of the Company. As they are the property of the Company, Dura-Fibre has the right to intercept, monitor, copy, review, and download any communications or files created or maintained on these systems.

Dura-Fibre prohibits certain types of communication on our various systems. Prohibited communication includes but is not limited to: offensive language and disruptive, harassing, insulting, time-consuming, or non-business related messages. Inappropriate use of any Company communication system will be grounds for disciplinary action up to and including termination. Any questions about this policy should be discussed with your supervisor or the Human Resources Department.

### Personal Phone Calls

Dura-Fibre recognizes that employees will occasionally need to place and receive phone calls during the workday. In all cases personal calls should be minimal, whether the calls are placed or received. Excessive personal calls during the workday can interfere with employee safety, productivity and be distracting to others. Employees are therefore asked to make personal calls on non-work time, and to ensure that friends and family members are aware of the Company's policy. Incoming personal calls should be limited to emergencies only. Union employees must keep their cell phones in their lockers or vehicles and can check voicemails and return calls on their appropriate break times.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 7 of 29   Document 33-14

DURAFIBRE01628

**Computer and E-mail**

Dura-Fibre strives to maintain a workplace free of harassment and sensitive to the diversity of its employees. Therefore, Dura-Fibre prohibits the use of computers and e-mail in ways that are disruptive, offensive to others, or harmful to morale. Computers, computer files, e-mail and software furnished to Dura-Fibre employees are intended for business use.

## Company Confidentiality and Loyalty

All employees will be required to sign an Invention, Non-Disclosure, Non-Competition Agreement as a condition of employment. During your employment with Dura-Fibre, you may have access to commercially valuable technical and non-technical information. In order to protect the legitimate interests of the Company, it is necessary that, as an employee, you respect and maintain the confidentiality of information, including processes, machinery, product designs, inventions, customers, suppliers, purchases, pricing, credit, supplies, payroll, employees and miscellaneous data from computer printouts, software, profits, costs and any other information not available to the public. These items listed above, for example, are considered confidential information, even if not specifically marked "CONFIDENTIAL."

Specifically, discussions about new or developmental materials, products, processes, technology, or special equipment by other than specifically authorized Company personnel are expressly prohibited.

Any employee engaging in disloyalty to the Company, including, without limitation, divulging trade secrets or confidential information to competitors, soliciting other employees to leave the Company, or working for a competitor during his/her off hours, leave of absence, sickness, or disability leave, may find his/her employment terminated immediately.

Requests for confidential information from any internal or external source or situations related to outside employment should be discussed with the Human Resources Department to avoid any conflicts of interest.

Dura-Fibre employees must comply with Dura-Fibre's business conduct and ethics policies as described in this handbook. In addition, all employees must read, sign and comply with Dura-Fibre's Invention, Non-Disclosure, Non-Competition Agreement before any applicant can be employed at Dura-Fibre; this is a separate document that is kept in an employee's file for the length of the employee's employment.

## Hours of Work

OFFICE EMPLOYEES: Our exempt office employees' work schedule is eight (8) hours per day, five (5) days per calendar week (8:00-4:30). All overtime must be approved prior to the overtime occurring. In becoming a Dura-Fibre employee, you should also be aware that if we wish to be a successful Company, we must do what is necessary to satisfactorily service our customers. In some cases, this may mean working additional or different hours. Individual department work hours will be determined by the department supervisor.

If you need to come in late or leave early, you may be allowed to make up the time you missed (use flex time) during the same week, provided it is arranged and approved ahead of time with your leader and your teammates. Communication and common courtesy are essential to the success of a flexible work schedule.

UNION EMPLOYEES: Union employees should refer to the Hours of Work, Call Time and Holidays/Floating Holidays sections in the Labor Amendment for further details.

DURAFIBRE01629

## Break Periods

OFFICE EMPLOYEES: Office employees will be provided with and are highly encouraged to take a 30 (to 60) minute unpaid lunch each day. Longer lunch periods may be agreed upon between you, your teammates and managers, with the time being made up the same day. You will also be provided with two (2) ten-minute paid break periods, neither to be taken consecutively nor used to shorten your workday.

Time spent taking care of personal needs during working time should be kept to an absolute minimum and should be performed during break periods.

UNION EMPLOYEES: Union employees should refer to the Break Period section in the Labor Amendment for further details.

## Absenteeism

OFFICE EMPLOYEES: As a Dura-Fibre employee, you are an important part of the team and perform necessary functions on a day-to-day basis. We expect you to be at work, on time, every day as scheduled. Because we offer a somewhat flexible work schedule, if planned, our expectation is that coming in late/ leaving early or absences will be a rare exception.

It is our goal to ensure reasonable, fair, and consistent treatment of all employees, recognizing that some absences may occur due to illness or other just cause beyond your control. Regular and predictable attendance is a requirement of your job at Dura-Fibre.

Employment will be terminated if an employee is off work (for non-work related reasons) for a continuous period of four (4) months.

UNION EMPLOYEES: Union employees should refer to the Absenteeism and the Disciplinary Process section in the Labor Amendment for further details.

## Safety Policy

Dura-Fibre is committed to providing a safe work environment for all its employees. We do not accept the idea that accidents are unavoidable, and we believe that an accident-free workplace is an achievable goal.

The dedication, commitment, and effort of all employees are required in order for us to achieve this goal. Dura-Fibre will provide the proper tools needed to work safely, but it is up to each of us to use these tools in the proper manner.

When walking on the plant floor, employees must stay within the yellow painted lines and must be watchful of forklift trucks. All employees and visitors must wear safety glasses, steel toe shoes and hearing protection on the floor at all times. Below are the details of our Personal Protective Equipment (PPE) requirements:

> **Hearing Protection/Non-Prescription Safety Glasses:** Dura-Fibre has multiple options to choose from for hearing protection/safety glasses and they are available by the main entrance to the plant. If the options that are available do not meet your needs, please see our Maintenance Manager and he can help accommodate your request.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 9 of 29   Document 33-14

DURAFIBRE01630

**Prescription Safety Glasses:** Dura-Fibre has a prescription safety glass program through Soderberg. This company works with Dura-Fibre to provide prescription safety glasses at discounted prices to our employees. Please see Human Resources for the specific details of this program.

**Steel Toe Shoe Reimbursement:** Dura-Fibre allows office employees to get reimbursed for steel toe shoes up to $100 every other year, as needed. In addition, we do have a direct bill program set up with Vanderloop Shoes (Little Chute) and a shoe mobile that comes to our location annually if you choose to purchase your steel toe shoes from them. Union employees will receive $120 every July for the length of the Union Agreement to use for purchasing steel toe shoes and other necessary clothing attire; this will be paid out on the first payroll in July and 401K withholdings and matches will not be deducted from this check.

Below are other important safety requirements at Dura-Fibre that will help you get better acquainted:

**Safety Committee:** A designated production employee and Human Resources meet monthly to discuss safety issues including current accident trends, suggestions on how to improve safety in the workplace, and to review the day to day safety operations of equipment, various training requirements and ongoing safety regulations.

**Severe Weather:** Dura-Fibre performs periodic severe weather drills to help you become familiar with our safety procedures and expectations. We have designated the black hallway by the design lab as the tornado shelter in case of severe weather.

**Evacuation:** Dura-Fibre has designated the front parking lot by the sidewalk near the Dura-Fibre plant sign as the meeting area for any evacuation (fire, spill, etc.). Employees should use the closest marked exit to get out of the building and then go to the meeting area.

**Fire Extinguishers:** Employees should not attempt to extinguish any fires on their own unless they have been trained to do so. At the first sign of a fire, you should report the situation to management or maintenance who will immediately call 911 for fire department assistance.

Emergency procedures and evacuation plans are posted throughout the building and should be followed in the event of fire or other disaster. All employees are expected to familiarize themselves with the location of exits, fire extinguishers and first aid kits/safety supplies. Additional training as follows is available to the employees, but is not limited to: CPR, First Aid, Automated External Defibrillator (AED), Blood Borne Pathogens (BBP), Lock Out Tag Out and Hazardous Communications. Please see your Human Resource Manager for upcoming training details.

It is the Company's responsibility to provide you with a safe place to work and to give you the necessary safety training so that you can avoid accidents to yourself or to others. It is your responsibility to work safely. Be sure that you report to your supervisor any conditions that appear to be unnecessarily hazardous. Make any suggestions you have for improving safe working conditions and safe working habits to the Safety Committee or to your supervisor.

All employees are expected to follow our plant safety rules.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 10 of 29   Document 33-14

DURAFIBRE01631

## Safety Rules

- No one is permitted to operate any machine other than that regularly assigned unless approved by supervision and then only if qualified to operate it under supervised training. No one is permitted to operate any machinery unless all guards and safety devices are in place.
- All machinery should be shut off and completely stopped before an operator leaves his station if alone at the equipment. Any unsafe machinery must be reported to your supervisor immediately.
- Unless the operator requires adjustments to be made while running, no adjustments, oiling or cleaning shall be done with machinery in motion.
- Employees are expected to use the proper tools assigned to each job.
- Fork lift trucks have the right of way. Employees are expected to stay clear of forklift trucks and give forklift truck drivers enough distance to maneuver appropriately throughout the building.
- Fork lift trucks are not to be used as work platforms without approval by a supervisor. All fork lift truck operators must shut off engines and set brakes when leaving the fork lift truck.
- Fork lift trucks must not be parked on ramps or other inclines.
- Forklift truck operators must lower the forks to ground level when parking vehicles and should travel with forks only few inches above floor at all times. When carrying loads over four (4) feet high the operator must drive in reverse. Loads less than four (4) feet high that impair vision also should be driven in reverse.
- At no times are forklift drivers allowed to take another passenger on a forklift truck.
- Every accident including near misses must be reported to your Supervisor and Human Resources *immediately*.
- An accident report must be filled out by the employee, supervisor and Human Resource Department on all accidents.
- All accidents requiring medical treatment must be treated on the day of the injury, and a doctor's slip must be given to Human Resources after that appointment. All employees who receive medical treatment must complete a post-accident drug and alcohol test.
- "Horse play", throwing things, unnecessary running or practical joking will not be tolerated.
- Employees must maintain proper housekeeping. Tools, parts, etc. must be kept in their regular places.
- Keep aisles, walkways and exits clear and use designated areas for skids, dollies and material.
- All damaged skids should be removed from service and repaired or scrapped. Skids should be stacked flat, never up-ended.
- Walking on conveyors outside of normal job duties is prohibited.
- Shirts shall be worn with sleeves buttoned or rolled up. Shirt tails shall be worn inside trousers. Employees are expected to wear clothing suited to the job and that cannot become readily entangled in machinery, and abide by accepted health rules of maintaining personal cleanliness of body and dress.
- Jewelry, such as rings, bracelets, etc. shall not be worn by anyone who is working on machinery.
- Employees who work or visit the plant are required to wear ANSI approved steel toe shoes and safety glasses with side shields and hearing protection.
- Visitors are required to stay in the yellow painted walkways throughout the building and must be accompanied by a Dura-Fibre employee.
- Employees shall follow proper methods of lifting and not lift more than one-third (1/3) their body weight alone.
- Hair longer than shoulder length must be pinned up or put under a hat.
- Alcoholic beverages, illegal drugs and tobacco products are not tolerated in the plant. Any employee suspected of using alcoholic beverages or using illegal drugs will be removed from the plant and will be required to follow our substance abuse policy.
- No firearms are allowed on the plant grounds.
- No single employee is allowed to work in the plant by themselves.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 11 of 29   Document 33-14

DURAFIBRE01632

## On The Job Injuries

Every injury, no matter how slight, must be reported <u>immediately</u> to a supervisor and Human Resources, and an Incident Report must be completed. If medical treatment is necessary, a Company leader will arrange it for you promptly. Corrective action may be taken if the incident is not reported promptly or a safety policy has been violated. It is your responsibility to return a doctor's slip to the plant indicating your fitness for duty after each visit. Human Resources must be notified in advance of all visits to a physician for injuries that occur on the job.

## Doctor's Appointments

OFFICE EMPLOYEES: Dura-Fibre encourages its employees to regularly visit their doctor to maintain a healthy lifestyle. Dura-Fibre would like employees to consider the following:
- Please make an extra effort to avoid scheduling your appointment during normal working hours.
- If it is necessary to schedule a doctor's appointment on work time, every effort should be made to schedule the appointment as close to the beginning or end of the shift as possible.
- A doctor's appointment will not be paid time off and should be taken out of your vacation balance. Please inform Human Resources and your supervisor of your absence.

## Smoking

Dura-Fibre strives to provide a healthy, safe and comfortable working environment for all employees and visitors. Smoking by employees and visitors is therefore prohibited throughout all buildings.

Employees and visitors who wish to smoke must leave the building and use only the designated areas outside, which have smoking waste disposal receptacles. Employees are permitted to leave the building to smoke only during scheduled break times

## Personnel Records

Please keep us informed of any change in status such as marriage, address, and phone number, number of dependents, divorce, separations, births, and deaths. These changes could affect your tax withholding or insurance coverage. For your protection, we must keep our records up to date. It is important that we have your correct address and phone number in case of an emergency. Any change to your legal right to work in the United States, such as immigration status, must be reported as well.

Under certain conditions, you may review specific documents in your personnel file. A written request must be made, in advance, to the Human Resources. A member of the Human Resources department will be present when you review your records. There will be a charge for copying personnel records.

## Workplace Relationships

Dura-Fibre believes strongly in maintaining a workplace in which all team members feel comfortable. We provide a culture in which you and your fellow team members are able to bring forth ideas and suggestions in an open environment. To help ensure that this environment is in place, the following guidelines focus on workplace relationships.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 12 of 29   Document 33-14
DURAFIBRE01633

Employment of relatives

You may not occupy a position that is directly supervised by a relative who has, or may have, an influence on your progress or performance, or if the employment relationship creates an opportunity for conflict of interest. The term "relative" includes, but is not limited to, your spouse, parents, children, grandchildren, grandparents, siblings, aunts, uncles, nieces, and nephews or your spouse's parents, children, or siblings through marriage (in-law) or remarriage (step). This guideline shall also apply to close personal relationships or any other person living within your household.

Co-worker Relationships

We recognize your relationships can affect your ability to perform your job. We view it as our responsibility to encourage a positive work environment, free from personal conflicts. When we become aware of a relationship that is causing problems at work, both parties will be informed of our position on the situation.

Employee/Customer-vendor Relationships

In our environment, you are expected to maintain professional relationships with the individuals we serve, this includes customers, vendors, etc. Any personal relationship involving you that may adversely affect Dura-Fibre will be brought to your attention.

In all of the above situations, it is our goal to work with all parties involved to find a reasonable solution. That solution may include, but is not limited to, the possibility of offering you a job change, or asking you to look for an opportunity outside the organization if a reasonable and timely solution is not available inside the organization.

## Solicitation and Distribution of Literature

No employee may solicit, or distribute literature in any form (including e-mails), in working areas during working time. "Working time" means the time in which the employee is required to be performing work, but does not include break periods or meal periods or periods in which the employee is properly excused from performing work. An employee who is not on working time shall not solicit employees or distribute literature to employees who are on working time. This rule applies to solicitation and distribution of literature of all types for causes or organizations.

## Statements to the Media

It is the Company's policy that all communications regarding the Company to any member of the media (press, print, electronic publications, radio or television) come from our General Manager.

## Visitors

The intent of this procedure is to clearly define the parameters by which the Company will conduct safe plant visits. The following guidelines should allow plant visits while ensuring both safety and the productive, professional operation of our plant.

- Visitors must be 18 years old to be in the manufacturing area except for group visits, youth apprentices and during designated open house times.
- For safety reasons, we discourage visitors younger than 18 years of age anywhere in the facility.
- Any visitors under the age of 18 must remain in the front offices
- Visits will be allowed at any time, with pre-approval of the employee's supervisor.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 13 of 29   Document 33-14

DURAFIBRE01634

- All visitors must enter through the front office door and register at the front desk.
- Employees giving visits for family and friends must be off work.
- At least one member of a group visiting must be a Dura-Fibre employee.
- Before starting the visit, the employee must review our safety policies with the visitors.
- Visitors must remain within the marked aisles and must wear proper PPE.

Any deviation from this policy must be pre-approved by your supervisor.

Visitor registration forms are located at the front desk. All visitors must register at the front desk.

## Resignation and Termination of Employment

Upon an employee's expected resignation, the employee should complete an "Employee Change Form" indicating their last day of work along with a Letter of Resignation to their immediate supervisor and Human Resource Department. It is appreciated that the resigning employee give a two-week notice to allow Dura-Fibre time to fill the vacant position.

Health and Vision insurance will end on the last day of the month that the employee is terminated in. Dental, Life Insurance and Disability insurance will end on the employees last day worked. Employees may choose to elect continuation under COBRA. The information will be mailed to the employee's home address shortly after the employee's last day worked. Those employee's participating in Dura-Fibre's 401K plan will be notified of their options regarding rollovers and cash outs.

The employee's final paycheck will be mailed to their home address unless otherwise specified by the employee. All unused but earned vacation will be paid out at termination assuming you give appropriate notice. Any vacation used but not earned will be deducted from your final check. Floating Holidays are not paid out at termination. Employees will receive an exit interview following their resignation to allow the employee to offer their feedback on their work experiences at Dura-Fibre.

If the resigned employee has a change in address in the year they were actively employed, it is important to notify the Human Resource department of the change. This will ensure the employee's tax information (W-2) arrives promptly at the correct address.

Employees leaving Dura-Fibre are expected to return any Company supplied items including:

- Computers & Passwords
- Office Keys
- Files
- Cell phones
- Credit cards
- Automobiles

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 14 of 29   Document 33-14

DURAFIBRE01635

## III.  Benefits and Services

## Benefit Overview

Dura-Fibre is committed to providing its permanent, full-time employees with a comprehensive, competitive benefit program.  When you are hired as a full-time employee, you may be eligible for the new hire benefit package.  Employees may select from the following options:

Medical Insurance
Dental Insurance
Vision Insurance
Life Insurance
Dependant Life Insurance
Short Term Disability Insurance
Long Term Disability Insurance
Flexible spending accounts

Shortly after you begin employment with Dura-Fibre, you will receive a benefit letter with the options available for that plan year.  The payroll department will deduct bi-weekly benefit premiums for the insurance you elect; therefore, it is imperative to schedule your benefit orientation promptly after starting at Dura-Fibre.  Any of these benefit programs may change or be discontinued at Dura-Fibre's discretion.  Union employees should refer to the Benefits section in the Labor Amendment for further details.

### Status Changes/Life Qualifying Events

If an employee experiences one of the qualifying events, they may be eligible to make changes to, or cancel or enroll in, any of our insurance benefit plans within 31 days after the event:

- Loss of eligibility due to a legal separation, divorce, cessation of dependant status (such as attaining the maximum age to be considered an Eligible Dependant), termination of your spouse's employment, or reduction in the number of hours of employment.
- Acquiring a new dependant through marriage, birth, adoption, or placement for adoption.

Please notify Human Resources immediately when a qualifying event occurs.  If you do not make the contact within 31 days after the event, you may not be able to make changes to, or cancel or enroll in, a particular benefit.

## 401K Plan

Dura-Fibre has an established 401K savings plan for its employees.  The 401K plan allows you to contribute a percentage of your gross income from each paycheck and direct the investment into your plan account.  This allows you to tailor your own retirement package to meet your individual needs.  Employees will receive complete details of the 401K savings plan during your benefit orientation with Human Resources.

## Employee Assistance Program (EAP)

EAP is available for all full-time and regular part-time employees and members of their household upon hire date. This confidential service is provided by Ingenuity First and is available 24 hours a day on weekdays and weekends. This program covers a wide range of human issues, which if left unattended, often result in other serious personal problems.  EAP covers issues related to family, relationships, parenting, substance abuse, grief, financial concerns, emotional problems, stress, self-improvement or any other issues that one may have.  There is no charge for employees and their families to use the services of EAP.  You may contact Ingenuity First at (920) 749-2390 or 1-800-236-3666.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 15 of 29   Document 33-14
DURAFIBRE01636

## Holidays

Dura-Fibre recognizes nine paid holidays each year.

- New Years Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Friday after Thanksgiving Day
- Christmas Eve
- Christmas Day
- New Years Eve

Human Resources will determine when the holidays will be observed for all employees and will post them by December 15 for the following calendar year.

Union employees should refer to the Holiday section in the Labor Amendment for further details.

## Floating Holidays

Full-time employees are eligible for two paid floating holidays (16 hours) per calendar year. Employees are eligible to use this time after they have completed ninety days of employment. Floating holidays are not paid out upon termination.

Union employees should refer to the Floating holiday section in the Labor Amendment for further details.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 16 of 29   Document 33-14

DURAFIBRE01637

## Vacation Policy

OFFICE EMPLOYEES: All full and part time employees are eligible for vacation leave benefits. Part time employees working 20-29 hours per week will earn vacation on a pro-rated basis. Full time employees are those employees working 30+ hours per week.

- Vacation pay is calculated on the basis of 40 hours pay for each vacation week.
- Dura-Fibre's vacation year runs by calendar year and employees earn their vacation in the year of use.
- All vacation must be used within the calendar year, or it will be forfeited without compensation. Employees are strongly encouraged to plan ahead and distribute their vacation throughout the year for rest and recuperation.

If an employee terminates with proper notice and is eligible for vacation benefits, he/she receives pay for those vacation days which have been earned but have not been used. Conversely, employees will owe back to the company any vacation that they used, but did not accrue. This reimbursement or deduction will be taken on the employee's last paycheck.

| Length of Service | Full-time Employee Vacation Hours Earned Per Hour Worked | Potential Vacation Hours Earned Per Year Assuming 2080 Hours Worked |
|---|---|---|
| Less than 1 year | .01924 | 40 |
| Between 1 year and less than 5 years | .03847 | 80 |
| Between 5 years and less than 12 years | .05770 | 120 |
| Between 12 years and less than 20 years | .07693 | 160 |
| Between 20 years and less than 25 years | .09616 | 200 |
| 25 or More Years | .11539 | 240 |

To schedule vacation time off:

1) The employee will e-mail their supervisor/manager requesting time off within twenty-four hours of the affected vacation day.

2) The employee's manager/supervisor will respond back to the employee granting or denying the vacation request within twenty-four hours of the initial request. If the request is denied, the supervisor must provide the employee with a proper explanation.

3) The supervisor/manager will forward the approval of the vacation request to the Human Resources Department and it will be paid on the corresponding paycheck.

UNION EMPLOYEES: Union employees should refer to the Vacation section in the Labor Amendment for further details.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 17 of 29   Document 33-14

DURAFIBRE01638

## Jury Duty

OFFICE EMPLOYEES: To provide income protection while employees carry our their civic responsibility, Dura-Fibre will provide the difference between your regular earnings and the jury duty pay received, for up to 40 hours per calendar year. Any additional time required after 40 hours will be considered Personal Leave. To accommodate this policy, the employee must notify their supervisor immediately upon receiving notification to appear for potential jury duty service. If court is dismissed early, the employee is expected to return to work promptly.

To receive pay from Dura-Fibre, the employee must provide their Human Resource Department certified documentation from the state or federal courts of the subpoena or jury summons that indicate an obligation to serve. Dura-Fibre will pay the employee upon receipt of the jury duty check listing the dates and time of service on the corresponding paycheck.

UNION EMPLOYEES: Union employees should refer to the Jury Duty section in the Labor Amendment for further details.

## Family and Medical Leave of Absence

The Family Medical Leave Act (FMLA) of 1996 was designed to protect you against job loss in the event of a family or medical condition that requires you to take off work for a certain period of time. FMLA is governed by Federal and State legislation and is administered by the Human Resource Department.

FMLA can be used for any one or a combination of the following:

- Birth, adoption or foster care of a son or daughter
- Serious health condition of a spouse, parent, son or daughter
- Your own serious health condition

In order to be eligible for such leave, you must have been employed by Dura-Fibre for at least one year and have worked a minimum of 1000 hours.

The maximum amount of time allowed under FMLA is 12 weeks for one or a combination of the above mentioned family or medical conditions. Under the Wisconsin FMLA, you will be allowed 6 weeks for the birth of a child, 2 weeks for a serious health condition of a dependant and 2 weeks for your own personal health condition. Please note that both State and Federal leaves run concurrently and we will allow the time that gives you the greater benefit.

FMLA is time taken off without paid; you have the right to use vacation time if available.

You must present the FMLA application and healthcare certification in order to be approved for the leave. We believe in and comply with all applicable provisions of state and federal laws on family and medical leave. All questions about our FMLA policies should be directed to Human Resources.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 18 of 29   Document 33-14
DURAFIBRE01639

## Military Leave

We proudly grant time off from work if you are in the military service training program. If you are a Reservist or a member of the National Guard and all legal requirements are met, appropriate paid leave will be provided, in any one calendar year, to participate in annual encampments or compensates these activities, we will pay you the difference between your regular wages and the government's compensation, up to a maximum of ten calendar days per year. If you are involved with the Reserves or the National Guard, you should provide a copy of your report orders to Human Resources upon notification. If you are called to active duty, please see Human Resources.

## Bereavement Leave

OFFICE EMPLOYEES: In the event of a death in the immediate family, a full time employee may be paid for up to three successive work days or twenty-four hours, which the employee would otherwise, worked. Immediate family members include: employee's legal spouse, parent or step-parents, sister, brother, son, daughter, grandparents or spouses grandparents, grandchildren, mother-in-law, father-in-law, brother-in-law, sister-in-law, and step-children.

UNION EMPLOYEES: All Union employees should refer to the Death in the Immediate Family section in the Labor Amendment for further details.

## Sending Flowers

Floral arrangements will be sent to an employee's home for an immediate family member's death, birth/adoption, hospitalization, retirement and/or marriage. In lieu of flowers for the death in an employee's family, the employee has the option to request the money be donated to a specified memorial fund.

## Travel Expense Policy

### Meals

Dura-Fibre, LLC will reimburse travelers for reasonable meal expenses incurred while traveling or entertaining on Dura-Fibre business. We understand that the location of the travelers event may influence the costs of meals and therefore will be taken under consideration for reimbursement. Travelers will be reimbursed for personal meal expenses according to actual and reasonable costs accompanied by original receipts for the following:

| Meal | General Guideline |
|------|-------------------|
| Breakfast: | $12 per person |
| Lunch: | $18 per person |
| Dinner: | $35 per person |

According to IRS guidelines, meal and entertainment charges for business guests are reimbursable when names, positions or titles, and the organizational affiliation of the guest, along with the business purpose are indicated on the Expense Report. An original receipt must be submitted with the Expense Report for any individual meal or entertainment expense regardless of cost.

Case 1:17-cv-00589-WCG    Filed 03/08/18    Page 19 of 29    Document 33-14

DURAFIBRE01640

### Lodging

Dura-Fibre, LLC will pay actual room costs, as supported by the detailed hotel bill, for each day that lodging away from home is required for business purposes. Travelers should choose good quality, but reasonably priced hotels or motels whenever practical. However, when attending a conference/trade show travelers may stay at the event hotel even if it is not the most economical option available.

The original "Travel Expense Form" will help you record your expenses for business related travel. Please attach the original corresponding receipts, and have your Travel Expense form signed off by your supervisor. Your supervisor will turn the receipt into Accounting for payment of expenses within two weeks of submission. Please see Human Resources for corresponding forms to record expenses for business related travel.

### Company Vehicle Usage

Dura Fibre, LLC has two company vehicles (van and truck) that should be used whenever possible in lieu of renting or using your personal vehicle. Please ask Human Resources for a copy of Dura-Fibre's Motor Vehicle Policy prior to taking out the company vehicles.

### Credit Cards

Company credit cards are issued through Dura-Fibre to a very limited number of employees. If there is a need to purchase an operating expense on behalf of Dura-Fibre with a credit card see our General Manager, Maintenance Manager or Accounting Department.

## IV.   Compensation

## Pay Checks

You will be paid bi-weekly (26 pay periods per year), with payday on Friday or the previous working day if Friday is a scheduled holiday. The pay you receive on Friday will be for the two weeks worked ending the preceding Saturday.

If you believe an error has been made in any paycheck issued to you, please take the matter up with Human Resources immediately so that the situation can be investigated and necessary corrections made. Corrections, if necessary, will be made on the next payroll after the notification.

## Direct Deposit

Your payroll check may be direct deposited into your bank account. Direct Deposit forms may be obtained in Human Resources if you are interested in this benefit. You may choose up to three separate bank accounts (only two may be checking) to have your money direct deposited to.

## Employment Classifications

### *Non-Exempt*

Non-exempt employees can be described as full-time or part-time employees who are not exempt from minimum wage, overtime, and timekeeping provisions of the Fair Labor Standards Act as amended. Non-exempt employees receive overtime pay for hours in excess of 40 hours per week. All overtime must be approved by your supervisor prior to working. (Ex. Customer Service Representative, Union employees, etc.) Union employees may find further information about this in the Overtime section in the Labor Amendment.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 20 of 29   Document 33-14

DURAFIBRE01641

*Exempt*

Exempt employees can be described s full-time or part-time employees who are exempt from the minimum wage, overtime, and timekeeping provisions of the Fair Labor Standards Act as amended. Our executive, administration, sales, and professional employees as defined by the Fair Labor Standards Act do not receive overtime pay.

*Temporary*

Temporary employee can be described as an employee who holds either a part-time or full-time position for a limited time only, such as summer help or call-in labor. Such employees are not eligible for Company benefits or accrual of time toward future benefits.

## Performance Management and Salary Adjustments

The Company's philosophy is that periodic performance evaluations are an important part of the employment relationship. The performance management process includes three (3) activities:

> 1) Performance objectives
> 2) Performance evaluation and summary
> 3) Development goals.

This process is intended to:

- Drive business success through alignment of employee performance with business values and objectives.
- Drive performance improvement and appropriate accountability.
- Increase communication at all levels.

Communication of clear performance expectations and a review of your position's job description will take place during your initial orientation. Then at least annually, an evaluation of your performance will be conducted in conjunction with your manager. As part of that process, performance and development goals will be established and reviewed at least on a quarterly basis with your manager.

The performance evaluation will normally consider such factors as experience and training of the employee, and the employee's performance of previously set objectives and goals. Other factors that normally may be considered include, but are not limited to: quality of work, promptness in completing assignments, initiative, responsibility level, reliability, attendance, and team work.

Performance evaluations may be considered when making decisions concerning training needs, pay, promotion, transfer or continued employment.

The Company reserves the right to review wages at any point during the year due to changes in the business conditions and needs of our customers.

Case 1:17-cv-00589-WCG    Filed 03/08/18    Page 21 of 29    Document 33-14

DURAFIBRE01642

## IV. Training and Development

### Employee Training and Development

A well-trained workforce is an important asset that can help us achieve our goals. We encourage you to be proactive in your own development. Dura-Fibre supports training and education and as such offers a tuition assistance program for appropriate situations. Additionally, if you feel a particular training program would benefit you in your daily work, you are encouraged to discuss your request for training with your supervisor. All employees are encouraged and expected to display the initiative to continually improve their individual skills.

### Tuition Reimbursement

Dura-Fibre offers tuition reimbursement to full-time employees if they have worked with the company for over six months. The eligible employee may receive up to $2,500 per calendar year for educational classes that support their position. Please see Human Resources for prior approval and for further policy guidelines.

### Job Postings

OFFICE EMPLOYEES: Our goal is to provide career enhancement for our employees; we will attempt to fill available positions by promoting from within. All open positions will be posted at our facility for a minimum of three days. Positions are filled with the most qualified individual (whether internal or external).

UNION EMPLOYEES: Union employees should refer to the Job Postings and Hiring section in the Labor Amendment for further details.

## VI. Workplace Requirements/Laws

### Americans with Disabilities Act

Dura-Fibre, LLC complies with all aspects of the Americans with Disabilities Act (ADA) and state handicap laws. This means that we will not discriminate against qualified individuals with a disability in any phase of the employment relationship, including application for employment, hiring, promotions and/or advancement opportunities, termination, compensation, training and any other term, condition or privileges of employment.

### Drug-Free Workplace Policy

Dura-Fibre is committed to providing a workplace that is free of employees who are under the influence of alcohol or illegal drugs, or otherwise misuse or abuse other legal substances or prescription drugs while on Company property. We strive to comply with the Drug Free Workplace Act of 1984. To that end, the Company has developed the following policy:

Employees proven to be engaging in the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance, either in the workplace or when subject to duty, will face discipline; such discipline may include termination, suspension, rehabilitation, or a combination of responses designed to fit the circumstance.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 22 of 29   Document 33-14
DURAFIBRE01643

We cannot expect to be successful in our business endeavors unless we provide a safe and healthy work environment. Maintaining a drug-free workplace is one facet of that effort. It is one that is taken very, very seriously. We have no tolerance for alcohol or drug abuse wherever it is found. All candidates prior to their first day of employment will be required to pass a pre-employment drug and alcohol screening paid by Dura-Fibre.

## Substance Abuse Policy

Dura-Fibre will require drug and alcohol screening in the following situations:

**Pre-placement Drug Screen** - The Company will require all prospective new hire candidates, after an offer of employment is accepted, to complete a drug test as part of the pre-placement hiring process. If the test is confirmed non-negative, the applicant will not be hired. Dura-Fibre has a "NO tolerance limit." If an applicant has a negative dilute test, Dura-Fibre will consider this a positive test and will not pay for the test to be completed again and the applicant will not be eligible for hire.

**Reasonable Suspicion Drug and Alcohol Screen** - If a manager or fellow employee has reason to believe that another employee is under the influence of drugs or alcohol while on Company property, based on actual observation, the employee suspected will be required to submit to a drug and alcohol screen, assuming the treating physician or their appropriate designee feels the test to be appropriate. Whenever possible, the requirement for the drug and alcohol screen should be verified by another member of management, even if discussion of the case by telephone is the only option, in order to optimize objectivity and thoroughness in making such decisions. The affected employee will be suspended from work without pay until the results of the tests are made available by the treating physician or their appropriate designee.

**Random Drug and Alcohol Testing** – Dura-Fibre will randomly test Dura-Fibre employees (all office and hourly employees are included in this testing) for compliance with our policy for no tolerance for drugs (5 panel testing) and alcohol (.02 alcohol consumption) in the workplace on a monthly basis. All active employees will be put into the monthly pool and three (3) employees will be selected (with one alternate) by Theda Care at Work to go in for this testing. The Company will notify the affected employee's throughout the month and coordinate the completion of this testing with their supervisor. Employee's will be paid for their time to go and complete this testing. Human Resources will notify the employee of the results of this testing.

**Post Accident/Injury Drug and Alcohol Testing** - Employees who are involved in a work related accident while on Company property (discretionary by management on the severity of the injury) or that causes damage to property or equipment will be required to submit to a drug and alcohol screen.

**Testing Procedures** - All drug and alcohol tests will be conducted by a laboratory that meets Department of Transportation (DOT) and the Substance and Abuse Mental Health Services Administration (SAMHSA) requirements, and all cut off levels for tests results will meet DOT standards. A 5 panel drug screen/urine collection and a .02 alcohol consumption/breath alcohol test will be used.

**Returning to Work** - If an employee is tested for drugs or alcohol due to *reasonable suspicion*, they will be placed on suspension while the results of the tests are pending, pay will be suspended for the same time. If test results reveal no presence of drugs or alcohol, the suspended employee will be placed back on his/her regular shift and position, and will be reimbursed for all regular straight time earnings missed because of the suspension.

Employees that are testing for drugs or alcohol due to *random drug testing or post-accident testing* will return to work after the testing is complete. The company will notify the employee upon the results of the testing.

Case 1:17-cv-00589-WCG    Filed 03/08/18    Page 23 of 29    Document 33-14

DURAFIBRE01644

**Refusal to Test** – Employees who refuse to submit a test are subject to immediate discharge.

**Non-negative Result-** When an employee tests non-negative for drugs or alcohol as a result of post- accident/injury or reasonable suspicion testing, the employee will be given two options:

- **Complete a formal referral into Dura-Fibre's EAP (Employee Assistance Program) and agree to subsequent retesting for a period of two years after returning from treatment as part of their Last Chance Agreement.**
- **The employee will be terminated immediately and they will not be eligible for rehire.**

**Last Chance Agreement** – If an employee has already been given a Last Chance Agreement at any point in their employment history, they are not eligible for another Last Chance Agreement.

This is the Company's Substance Abuse Policy on drug and alcohol free workplace issues and its appropriate effect on conditions and employment. For more specific detail, please contact your supervisor or Human Resources representative.

# Equal Opportunity Employment

Dura-Fibre is an equal opportunity employer. Therefore, there will be no discrimination because of age, race, sex, color, religion, national origin, sexual orientation, marital status, disability, or any other protected characteristics in any personnel activity, including but not limited to, recruiting, selection, hiring, placement, compensation, training, transfer, promotion and recreational activities.

Dura-Fibre expects all employees to honor the Equal Employment Opportunity Commission's (EEOC) policies and to treat each other in a non-discriminatory manner. Specifically, employees are expected to foster a productive work environment that is free from harassment or disruptive activity. No form of harassment will be tolerated including sexual harassment.

Incidents of possible discrimination should be reported promptly to your supervisor, the Human Resources department, or any member of our management staff. Reported incidents will be investigated with appropriate corrective action taken for misconduct. There will be no retaliation against the reporting employee for reporting the incident.

## Intimidation or Harassment in the Workplace

It is Dura-Fibre's policy to provide for the maintenance of acceptable standards of personal behavior in the workplace to ensure that all Dura-Fibre employees are able to carry out their assigned duties in a business atmosphere free from intimidation and harassment. The maintenance of such an environment and acceptable standards is a responsibility shared by each employee, supervisor, and the Company.

Harassment is illegal and against Dura-Fibre's policy. Harassment consists of unwelcome conduct-either verbal, physical or visual that is based upon a person's class status, such as: sex, color, race, ancestry, creed, religion, national origin, age, sexual orientation, disability, marital status, veteran status, citizenship status, or other group status. Dura-Fibre will not tolerate harassing conduct that affects tangible benefits, that interferes unreasonable with an individual's work performance, or that creates an intimidating, hostile or offensive working environment.

Sexual harassment may be defined as: Unwelcome sexual advances, request for sexual favors, other physical, verbal or visual conduct based on sex/gender (i.e. either sexual in nature or gender-based, but not sexual in content or nature), whether directed at individuals or the same sex or the opposite sex. Sexual harassment may include, but is not limited to, the following:

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 24 of 29   Document 33-14

DURAFIBRE01645

1) Submission to the conduct is an explicit or implicit term or condition of employment, or basis for any employment decision.
2) The conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.
3) The conduct is by a supervisor.

Sexual harassment may include, but is not limited to: explicit sexual propositions, sexual innuendo, suggestive comments, sexually oriented "kidding" or "teasing", gestures, displays of foul or obscene printed/visual material, and physical contact, such as patting, pinching, or brushing against another's body. These actions are unacceptable at Dura-Fibre, LLC, and shall not be condoned or tolerated.

The reporting by an employee of an alleged incident of intimidation or harassment shall in no way affect the employee's employment status. Each alleged incident shall be treated in a serious and confidential manner with regard to the rights and privacy of the charged individual as well as those of the accuser(s). Dura-Fibre forbids retaliation against anyone who has reported harassment.

Managers and Supervisors are responsible for the implementation of this policy and for ensuring that all employees have knowledge of and understand this policy. Managers and Supervisors are required to complete the mandatory training provided through Ingenuity First within their first three months on the job to adequately provide assistance to employees as these situations arise.

All employees are responsible for helping to ensure that we avoid harassment as well as maintaining acceptable standards of employee behavior in the work environment. In the event a problem does arise or become apparent, it is each employee's responsibility to attempt to handle the situation within the procedure outlined below:

- Harassment or intimidation by a peer or peers often can best be handled on a one-on-one basis. Intervention with a supervisor or management is an alternate available for use under serious circumstances or when the problem persists despite the individual's efforts to bring it to an end.
- Intimidation or harassment by a superior may warrant a confidential request for intervention by management. Intervention may be requested through Human Resources or other member of management.
- Whenever an incident of alleged intimidation or harassment is brought to the attention of any Dura-Fibre, LLC supervisor or manager, Human Resources should be notified immediately.
- The employee may contact their Human Resources Representative for the purpose of securing relief from the perceived offensive behavior.
- The appropriate Director, Human Resources and/or Corporate Manager shall be contacted and advised of the results/conclusions of all investigations performed pursuant to this policy.
- The appropriate Director, Human Resources and/or Corporate Manager shall be consulted prior to the termination of any employee pursuant to the provisions of this policy.

If you feel that you have experienced or witnessed harassment, you are to notify your Supervisor and/or the Human Resource Manager with written or verbal communications immediately .

Appropriate action may range from the issuance of an oral warning to more stringent measures up to and including dismissal for more serious offenses or for repeated offenses. The seriousness with which each individual incident is perceived shall take into account the relative organization relationship between the employees involved and the presence of the element of coercion.

Human Resources and the affected Supervisor will work together to investigate all complaints thoroughly and promptly. To the fullest extent practicable, Dura-Fibre will take immediate action upon the intimidator and/or harasser, including such discipline up to and including termination of employment, as is appropriate.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 25 of 29   Document 33-14

DURAFIBRE01646

To the extent possible, all inquiries, investigations and corrective actions taken pursuant to this policy and the foregoing procedures will be held in strictest confidence.

## Immigration Reform

It is the policy of the Company to employ only those persons legally eligible to work in the United States.

The Immigration Reform and Control Act of 1986 requires Dura-Fibre to verify that all persons hired are authorized for employment in the United States. All new employees are required to furnish and sign verification for proof of identity and eligibility. The required documentation will be consistent with the current Immigration laws, as amended. If your authorization changes or terminates after the start date of employment, please inform Human Resources immediately.

DURAFIBRE01647

## Violence in the Workplace

It is the policy of Dura-Fibre to prohibit any acts or threats of violence against Dura-Fibre's employees, visitors on Dura-Fibre's premises at any time or while they are engaged in business with or on behalf of Dura-Fibre on or off Dura-Fibre's premises. Dura-Fibre has invested in the security of our building, in order to keep all employees safe, all doors to the building (other than the front reception desk door) must remain locked at all times. Dura-Fibre will not tolerate any acts or threats of violence by any former Dura-Fibre employee against any other employee in or about Dura-Fibre's facilities or elsewhere at any time. Any threats of violence will be promptly and thoroughly investigated by Human Resources and appropriate action will be taken, depending on the severity of the incident.

## Security (Theft)

We as a company value the comfort of a safe and secure workplace. Therefore:

- Removal, without management approval, of any material or items (including waste) from Dura-Fibre's facility is theft.
- Theft of any material or items from Dura-Fibre or Dura-Fibre employees will result in prosecution through the legal system for anyone involved.
- Involvement in theft from the Company may result in termination of employment with cause.

## Progressive Discipline Process

OFFICE EMPLOYEES: Dura-Fibre realizes that employees may need to be disciplined for various reasons including absenteeism, performance, inappropriate behavior, etc. We understand that all employees have difficult days on occasion and are not perfect, however, at times it is necessary to confront employees about their mistakes/inappropriate behaviors, etc. to help them learn from their mistakes and grow professionally. The discipline process is specifically designed for those employees who have a hard time learning from their mistakes. Our process allows Dura-Fibre to show the employee that they have developed a pattern of inappropriate behavior and/or work performance, that will allow Human Resources to make suggestions to the disciplined employee on who or what might be able to help them get through a difficult time (EAP, Doctor, further training, etc). Dura-Fibre observes a three step progressive which includes the following:

- Written Warning
- Suspension-one week of unpaid time off from work (Monday through Friday)
- Termination

The discipline process should not be looked at by the employee as the "big target" or as the next step to a "firing document," but as a tool to help the employee grow as they experience work related differences and problems in their career. This process will remain in the employee's file permanently and can be referred to as a tool to help guide the employee in the future.

The employee's immediate supervisor or Human Resource Department has the discretion to determine the level of Progressive Discipline depending on the severity of the incident, and other factors that may be appropriate under the circumstances. In some situations immediate termination may be warranted, regardless of whether there have been any previous disciplinary incidents.

UNION EMPLOYEES: Union employees should refer to the Point System Policy located in the Plant Rules section in the Labor Amendment. Union employees who reach 24 points will be terminated.

# VII. Conclusion

Our reputation is based on many years of community interaction and involvement. The confidence and respect we have earned has been accomplished through the combined efforts of all of our employees. Customer confidence, through production quality, gives Dura-Fibre an advantage over our competitors. It is up to each of us to continue to build this customer confidence and respect. We propose to continue to progress and to serve the future of this organization by continuing our efforts toward creating the very best business image and working climate, so as to attract top personnel and customers.

**We place a top priority on safety, quality, service and productivity with uncompromising integrity.**

**We are resourceful people who live by our values in order to build value for our customers, markets and business:**

**SOLVE-Provide solutions and overcome challenges**
**OPEN-Learning organization eager to change and adapt**
**ALIGN-All resources teaming to achieve key initiatives**
**ENGAGE-Be an active participant in key initiatives**
**OPTIMIZE-Continuously improving our practices and processes**
**ACT-Initiate activities that improve our business**
**OWN-Full ownership to our contributions and responsibilities**

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 28 of 29   Document 33-14

DURAFIBRE01649

# Employee Handbook
# Receipt Acknowledgement Form

While Dura-Fibre, LLC believes wholeheartedly in the policies, practices, programs and procedures described in your Employee Handbook, the Company reserves the right to modify, revoke, suspend, terminate or change any of the policies, programs and rules, in whole or in part, at any time, without notice. The language used in your guide is not intended to create a contract between Dura-Fibre and any one or all of its employees. The information contained in this guide is presented in a summary form as a matter of information only. It is your responsibility to be familiar with these policies and procedures. If questions regarding the application of information in this guide should arise, reference may be made to the appropriate unabridged policy maintained in the Human Resources department.

The final decision on any question regarding interpretation of the Dura-Fibre, LLC's policies rests with the executive management of Dura-Fibre. No person other than the General Manager has authority to make any agreement for employment for any specified period or to make agreement contrary to the foregoing.

This Policies and Procedures Guide supersedes all previous written and verbal policies.

This will acknowledge that I have received a copy of the Dura-Fibre, LLC, Employee Handbook dated January 21, 2010.

_____

Printed Name

_____        _____

Signature                                                          Date

*This document will be kept in the employee's personnel file as verification that the employee was given the "Employee Handbook" 2010 Version 1.0.*

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 29 of 29   Document 33-14

DURAFIBRE01650