# dura-fibre

# United Paperworkers and International Union Local 432

## DISCIPLINE SLIP

Name: TIM JACOBS           Date: 05/22/13

Incident: TIM WAS LEAD ON 05/20/13 WHEN EMPLOYEE STEVE WILZ HURT HIS SHOULDER WHILE PULLING ON WEB AT LAMINATOR WET END. TIM WAS NOTIFIED BY STEVE ON 05/20 AND HAD THE CHANCE TO REPORT INCIDENT TO SUPERVISOR THAT DAY BUT DID NOT REPORT UNTIL 05/21.

Points Assessed: 8

Contract Section: GENERAL RULES : GROUP 2 #5. FAILURE TO REPORT TO SUPERVISOR AN ON DUTY ACCIDENT OR INJURY ON THE DATE OF INJURY BEFORE LEAVING COMPANY PREMISES.

Supervisor: [signature]

- DURA FIBRE EMPLOYEE HANDBOOK PAGE 12 : ON THE JOB INJURIES
- DURA FIBRE POLICY : ACCIDENT REPORTING INVESTIGATION PLAN - ACCIDENT REPORTING PROCEDURES

I hereby acknowledge receipt of this notice. This acknowledge is not an admission of any kind.

STATED WOULD NOT SIGN UNTIL ISSUE IS SETTLED   SB
                                                SEG

Employee: _____   Date: _____

I request a meeting to discuss this matter.       Yes ✓  No ___
I request union representation at the meeting.    Yes ✓  No ___

Ex. 22

Form #2025                    Employee Copy

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 1 of 1   Document 33-23

DURAFIBRE00141