# Region V Whistleblower's Intake Worksheet

| Date: 6/4/13 | Time: 10:30 |
|---|---|

## COMPLAINANT INFORMATION / EMPLOYER INFORMATION

| Complainant | Employer |
|---|---|
| Full Legal Name: Tim Jacobs (TIMOTHY) | Name: Dura-fibre LLC |
| PIIPIIPIIPII | Address: 352 6th St. Menasha, WI 54952 |
| Phone Number: Wife's PIIPIIPIIPIIPIIPII<br>Tim Cell PIIPIIPIIPII<br>PIIPIIPIIPIIPIIPIIPIIPIIPII | Phone Number: 920-969-3600  MAIN OFFICE<br>HR MGR Jamie 920-969-3622 |
| Best time to Be Reached and the Latest Which You Will Accept Calls:<br>8am-5pm | Related Inspection or Complaint# (If Applicable) |

## ALLEGED DISCRIMINATION INFORMATION

| Date of Discrimination: 5/23/13 | | Time of Discrimination: 11am |
|---|---|---|
| **Why do you feel you were discriminated against?** | | **Alleged Discriminatory Action** |
| Filed a complaint {(OSHA and/or management)} | XX | Terminated |
| Refused to perform unsafe work. | | Laid Off |
| Participated in an OSHA inspection. | | Written Warning |
| Suspected of filing a complaint. | | Loss of Wages |
| Voiced safety concerns. | | Promotion Denied |
| Filed a complaint with another agency concerning safety or health. (with whom) | XX | Harassed: Union Secretary |
| XX | Other: (specify) Report of Injury | | Other: (specify) |

**Comments:** Complainant twisted his ankle on the stairs, reported the injury as required, did not seek medical attention and was fine the next day. ER has policy of assigning points for injuries, even when there is no medical claim. EEs often do not report injuries because they are afraid of being written up. EEs have been injured and self-treated. There is an incentive program for not having injuries.

**Completed By:**
Jason Grunow, grunow.jason@dol.gov,

Ex. 29

5-D170-13-038