# 2014 W-2 and EARNINGS SUMMARY — ADP

Safe, accurate, FAST! Use IRS e-file
Visit the IRS Web Site at www.irs.gov/efile
Employee Reference Copy

## W-2 Wage and Tax Statement 2014
OMB No. 1545-0008
Copy C for employee's records.

| Field | Value |
|---|---|
| d Control number | 022839 CHIC/2KE 020571 |
| Corp. | A |
| Employer use only | 190 |

**c Employer's name, address, and ZIP code**
APPLETON COATED LLC
540 PROSPECT STREET
COMBINED LOCKS WI 54113-0005

Batch #03485

**e/f Employee's name, address, and ZIP code**
TIMOTHY G JACOBS
W3053 DUNDAS ROAD
BRILLION WI 54110

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 26875.49 |
| 2 | Federal income tax withheld | 2439.95 |
| 3 | Social security wages | 26875.49 |
| 4 | Social security tax withheld | 1666.28 |
| 5 | Medicare wages and tips | 26875.49 |
| 6 | Medicare tax withheld | 389.69 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | W | 1157.66 |
| 12b | DD | 10460.78 |
| 15 | State / Employer's state ID no. | WI 036102010238504 |
| 16 | State wages, tips, etc. | 26875.49 |
| 17 | State income tax | 1243.54 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

---

### 2014 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2014 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 29408.09 | Social Security Tax Withheld (Box 4 of W-2) | 1666.28 | WI State Income Tax (Box 17 of W-2) | 1243.54 |
| | | | | SUI/SDI (Box 14 of W-2) | |
| Fed. Income Tax Withheld (Box 2 of W-2) | 2439.95 | Medicare Tax Withheld (Box 6 of W-2) | 389.69 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | WI State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 29,408.09 | 29,408.09 | 29,408.09 | 29,408.09 |
| Less Other Cafe 125 | 2,182.60 | 2,182.60 | 2,182.60 | 2,182.60 |
| Less Cafe 125 HSA (W-Box 12) | 350.00 | 350.00 | 350.00 | 350.00 |
| Reported W-2 Wages | 26,875.49 | 26,875.49 | 26,875.49 | 26,875.49 |

*Handwritten annotations:*
02018 Timpio Carla's pio 66156 $3,245
1002. 2113.03
Stoufe 1002
Fed 2243.—

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

TIMOTHY G JACOBS

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2014 ADP, LLC

— Fold and Detach Here —

---

### W-2 Wage and Tax Statement 2014 (Federal Filing Copy)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 26875.49 |
| 2 | Federal income tax withheld | 2439.95 |
| 3 | Social security wages | 26875.49 |
| 4 | Social security tax withheld | 1666.28 |
| 5 | Medicare wages and tips | 26875.49 |
| 6 | Medicare tax withheld | 389.69 |
| d Control number | 022839 CHIC/2KE 020571 | |
| Corp. | A | |
| Employer use only | 190 | |
| 12a W | 1157.66 | |
| 12b DD | 10460.78 | |
| 15 State | WI 036102010238504 | |
| 16 State wages, tips, etc. | 26875.49 | |
| 17 State income tax | 1243.54 | |

APPLETON COATED LLC
540 PROSPECT STREET
COMBINED LOCKS WI 54113-0005

TIMOTHY G JACOBS

### W-2 Wage and Tax Statement 2014 (Copy 2 — State)

(Same values as above)

APPLETON COATED LLC
540 PROSPECT STREET
COMBINED LOCKS WI 54113-0005

TIMOTHY G JACOBS

### W-2 Wage and Tax Statement 2014 (Copy 2 — State)

(Same values as above)

APPLETON COATED LLC
540 PROSPECT STREET
COMBINED LOCKS WI 54113-0005

TIMOTHY G JACOBS

Ex. 32

## 2015 W-2 and EARNINGS SUMMARY — ADP

### Copy C — Employee Reference Copy — W-2 Wage and Tax Statement 2015

| Field | Value |
|---|---|
| d Control number | 022839 CHIC/2KE 020091 |
| Dept./Corp./Employer use only | A 177 |
| c Employer's name, address, and ZIP code | APPLETON COATED, LLC / 540 PROSPECT ST / COMBINED LOCKS WI 54113-1120 |
| Batch # | 02040 |
| e/f Employee's name, address, and ZIP code | TIMOTHY G JACOBS |
| 1 Wages, tips, other comp. | 26953.80 |
| 2 Federal income tax withheld | 2031.75 |
| 3 Social security wages | 26953.80 |
| 4 Social security tax withheld | 1671.14 |
| 5 Medicare wages and tips | 26953.80 |
| 6 Medicare tax withheld | 390.83 |
| 12a See instructions for box 12 W | 500.00 |
| 12b DD | 21414.84 |
| 15 State | WI  036102010238504 |
| 16 State wages, tips, etc. | 26953.80 |
| 17 State income tax | 1041.00 |

### 2015 W-2 and Earnings Summary (blue section)

1. The following information reflects your final 2015 pay stub plus any adjustments submitted by your employer.

| | Amount | | Amount |
|---|---|---|---|
| Gross Pay | 31562.36 | Social Security Tax Withheld (Box 4 of W-2) | 1671.14 |
| | | WI State Income Tax (Box 17 of W-2) | 1041.00 |
| Fed. Income Tax Withheld (Box 2 of W-2) | 2031.75 | Medicare Tax Withheld (Box 6 of W-2) | 390.83 |
| | | SUI/SDI (Box 14 of W-2) | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | WI State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 31,562.36 | 31,562.36 | 31,562.36 | 31,562.36 |
| Less Other Cafe 125 | 4,108.56 | 4,108.56 | 4,108.56 | 4,108.56 |
| Less Cafe 125 HSA (W-Box 12) | 500.00 | 500.00 | 500.00 | 500.00 |
| Reported W-2 Wages | 26,953.80 | 26,953.80 | 26,953.80 | 26,953.80 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

TIMOTHY G JACOBS

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2015 ADP, LLC

--- Fold and Detach Here ---

### Federal Filing Copy — W-2 Wage and Tax Statement 2015 (Copy B)

- 1 Wages, tips, other comp.: 26953.80
- 2 Federal income tax withheld: 2031.75
- 3 Social security wages: 26953.80
- 4 Social security tax withheld: 1671.14
- 5 Medicare wages and tips: 26953.80
- 6 Medicare tax withheld: 390.83
- d Control number: 022839 CHIC/2KE 020091 — A 177
- c Employer: APPLETON COATED LLC, 540 PROSPECT ST, COMBINED LOCKS WI 54113-1120
- 12a W: 500.00
- 12b DD: 21414.84
- e/f Employee: TIMOTHY G JACOBS
- 15 State: WI  036102010238504
- 16 State wages, tips, etc.: 26953.80
- 17 State income tax: 1041.00

### WI State Reference Copy — W-2 Wage and Tax Statement 2015 (Copy 2)

- 1 Wages, tips, other comp.: 26953.80
- 2 Federal income tax withheld: 2031.75
- 3 Social security wages: 26953.80
- 4 Social security tax withheld: 1671.14
- 5 Medicare wages and tips: 26953.80
- 6 Medicare tax withheld: 390.83
- d Control number: 022839 CHIC/2KE 020091 — A 177
- c Employer: APPLETON COATED LLC, 540 PROSPECT ST, COMBINED LOCKS WI 54113-1120
- 12a W: 500.00
- 12b DD: 21414.84
- e/f Employee: TIMOTHY G JACOBS
- 15 State: WI  036102010238504
- 16 State wages, tips, etc.: 26953.80
- 17 State income tax: 1041.00

### WI State Filing Copy — W-2 Wage and Tax Statement 2015

- 1 Wages, tips, other comp.: 26953.80
- 2 Federal income tax withheld: 2031.75
- 3 Social security wages: 26953.80
- 4 Social security tax withheld: 1671.14
- 5 Medicare wages and tips: 26953.80
- 6 Medicare tax withheld: 390.83
- d Control number: 022839 CHIC/2KE 020091 — A 177
- c Employer: APPLETON COATED LLC, 540 PROSPECT ST, COMBINED LOCKS WI 54113-1120
- 12a W: 500.00
- 12b DD: 21414.84
- e/f Employee: TIMOTHY G JACOBS
- 15 State: WI  036102010238504
- 16 State wages, tips, etc.: 26953.80
- 17 State income tax: 1041.00

2017/05/02 12:57:06 2 /9

# 2016 W-2 and EARNINGS SUMMARY 

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2016**
Copy C for employee's records.  OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 022839 CHIC/2KE | 020091 | A | 195 |

c Employer's name, address, and ZIP code
APPLETON COATED LLC
540 PROSPECT ST
COMBINED LOCKS WI 54113-1120

Batch #01608

e/f Employee's name, address, and ZIP code
TIMOTHY G JACOBS

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 26483.88 | 2 Federal income tax withheld 1985.34 |
| 3 Social security wages 27209.56 | 4 Social security tax withheld 1686.99 |
| 5 Medicare wages and tips 27209.56 | 6 Medicare tax withheld 394.54 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code 02DC-B000-A50F-7015 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D 725.68 |
| 14 Other | 12b W 950.00 |
|  | 12c DD 19607.64 |
|  | 12d |
|  | 13 Stat emp Ret. plan 3rd party sick pay   X |
| 15 State WI  Employer's state ID no. 036102010238504 | 16 State wages, tips, etc. 26483.88 |
| 17 State income tax 1020.79 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2016 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 31331.99 | Social Security Tax Withheld Box 4 of W-2 | 1686.99 | WI State Income Tax Box 17 of W-2 | 1020.79 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1985.34 | Medicare Tax Withheld Box 6 of W-2 | 394.54 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

|  | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | WI. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 31,331.99 | 31,331.99 | 31,331.99 | 31,331.99 |
| Less 401(k) (D-Box 12) | 725.68 | N/A | N/A | 725.68 |
| Less Other Cafe 125 | 3,172.43 | 3,172.43 | 3,172.43 | 3,172.43 |
| Less Cafe 125 HSA (W-Box 12) | 950.00 | 950.00 | 950.00 | 950.00 |
| Reported W-2 Wages | 26,483.88 | 27,209.56 | 27,209.56 | 26,483.88 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

TIMOTHY G JACOBS

Social Security Number:
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2013 ADP, LLC

← Fold and Detach Here →

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2016**

| 1 Wages, tips, other comp. 26483.88 | 2 Federal income tax withheld 1985.34 |
| 3 Social security wages 27209.56 | 4 Social security tax withheld 1686.99 |
| 5 Medicare wages and tips 27209.56 | 6 Medicare tax withheld 394.54 |
| d Control number 022839 CHIC/2KE 020091 | Dept.  Corp. A  Employer use only 195 |

c Employer's name, address, and ZIP code
APPLETON COATED LLC
540 PROSPECT ST
COMBINED LOCKS WI 54113-1120

b Employer's FED ID number | a Employee's SSA number

7 Social security tips | 8 Allocated tips
Verification Code 02DC-B000-A50F-7015 | 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12  D 725.68
14 Other | 12b W 950.00
 | 12c DD 19607.64
 | 13 Stat emp Ret. plan 3rd party sick pay  X

e/f Employee's name, address and ZIP code
TIMOTHY G JACOBS

15 State WI  Employer's state ID no. 036102010238504 | 16 State wages, tips, etc. 26483.88
17 State income tax 1020.79 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

---

**WI State Reference Copy — W-2 Wage and Tax Statement 2016**

| 1 Wages, tips, other comp. 26483.88 | 2 Federal income tax withheld 1985.34 |
| 3 Social security wages 27209.56 | 4 Social security tax withheld 1686.99 |
| 5 Medicare wages and tips 27209.56 | 6 Medicare tax withheld 394.54 |
| d Control number 022839 CHIC/2KE 020091 | Dept.  Corp. A  Employer use only 195 |

c Employer's name, address, and ZIP code
APPLETON COATED LLC
540 PROSPECT ST
COMBINED LOCKS WI 54113-1120

b Employer's FED ID number | a Employee's SSA number

7 Social security tips | 8 Allocated tips
10 Dependent care benefits
11 Nonqualified plans | 12a D 725.68
14 Other | 12b W 950.00
 | 12c DD 19607.64
 | 13 Stat emp Ret. plan 3rd party sick pay  X

e/f Employee's name, address and ZIP code
TIMOTHY G JACOBS

15 State WI  Employer's state ID no. 036102010238504 | 16 State wages, tips, etc. 26483.88
17 State income tax 1020.79 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

---

**WI State Filing Copy — W-2 Wage and Tax Statement 2016**

| 1 Wages, tips, other comp. 26483.88 | 2 Federal income tax withheld 1985.34 |
| 3 Social security wages 27209.56 | 4 Social security tax withheld 1686.99 |
| 5 Medicare wages and tips 27209.56 | 6 Medicare tax withheld 394.54 |
| d Control number 022839 CHIC/2KE 020091 | Dept.  Corp. A  Employer use only 195 |

c Employer's name, address, and ZIP code
APPLETON COATED LLC
540 PROSPECT ST
COMBINED LOCKS WI 54113-1120

b Employer's FED ID number | a Employee's SSA number

7 Social security tips | 8 Allocated tips
10 Dependent care benefits
11 Nonqualified plans | 12a D 725.68
14 Other | 12b W 950.00
 | 12c DD 19607.64
 | 13 Stat emp Ret. plan 3rd party sick pay  X

e/f Employee's name, address and ZIP code
TIMOTHY G JACOBS

15 State WI  Employer's state ID no. 036102010238504 | 16 State wages, tips, etc. 26483.88
17 State income tax 1020.79 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

Case 1:17-cv-00589-WCG   Filed 06/08/18   Page 3 of 5   Document 33-33

# Dura Fibre

## HEALTH COVERAGE ALTERNATIVES

*Effective 01/01/2011*

| Carrier | Network Health Plan | | | |
|---|---|---|---|---|
| | **Base** | **Buy-Up Option 1** | **Buy-Up Option 2** | **Buy-Up Option 3** |
| **Provider Network** | **Affinity HSA HMO Plan** | **Affinity HSA POS Plan** | **Affinity HMO Plan** | **Affinity POS Plan** |
| **Deductible** | | | | |
| In-Network (Single / Family) | $2,000 / $4,000 | $2,000 / $4,000 | $1,000 / $2,000 | $1,000 / $2,000 |
| Out-of-Network (Single / Family) | N/A | $3,000 / $6,000 | N/A | $2,000 / $4,000 |
| **Coinsurance** | | | | |
| In-Network | 100% | 100% | 80% | 80% |
| Out-of-Network | N/A | 80% | N/A | 60% |
| **Out-of-Pocket Max** | *Includes Deductible* | *Includes Deductible* | *Includes Deductible* | *Includes Deductible* |
| In-Network (Single / Family) | $2,000 / $4,000 | $2,000 / $4,000 | $3,000 / $6,000 | $3,000 / $6,000 |
| Out-of-Network (Single / Family) | N/A | $5,000 / $10,000 | N/A | $6,000 / $12,000 |
| **Lifetime Maximum** (per Member) | Unlimited | Unlimited | Unlimited | Unlimited |
| **Office Visits** | | | | |
| In-Network | Ded, 100% Coins | Ded, 100% Coins | $30 (PCP), $60 (SCP) Copays | $30 (PCP), $60 (SCP) Copays |
| Out-of-Network | N/A | Ded, 80% Coins | N/A | Ded, 60% Coins |
| **Routine/Preventive Care** | | | | |
| In-Network | 100% Coverage | 100% Coverage | 100% Coverage | 100% Coverage |
| Out-of-Network | N/A | Ded, 80% Coins | N/A | Ded., 60% Coins |
| **Inpatient Hospital Services** | | | | |
| In-Network | Ded, 100% Coins | Ded, 100% Coins | Ded, 80% Coins | Ded, 80% Coins |
| Out-of-Network | N/A | Ded, 80% Coins | N/A | Ded, 60% Coins |
| **Outpatient Hospital Services** | | | | |
| In-Network | Ded, 100% Coins | Ded, 100% Coins | Ded, 80% Coins | Ded, 80% Coins |
| Out-of-Network | N/A | Ded, 80% Coins | N/A | Ded, 60% Coins |
| **Urgent Care** | | | | |
| In-Network | Ded, 100% Coins | Ded, 100% Coins | $100 Copay | $100 Copay |
| Out-of-Network | N/A | Ded, 80% Coins | N/A | Ded, 60% Coins |
| **Emergency Room** | | | | |
| In-Network | Ded, 100% Coins | Ded, 100% Coins | $200 Copay | $200 Copay |
| Out-of-Network | Ded, 100% Coins | Ded, 100% Coins | $200 Copay | $200 Copay |
| **Retail Prescription Drugs** | *Ded Applies First, then:* | *Ded Applies First, then:* | | |
| Generic | | | | |
| Brand | 100% Coverage | 100% Coverage | $20 / $40 / $60 / $60 / $100 | $20 / $40 / $60 / $60 / $100 |
| Non-Formulary | | | | |
| **Mail Order Prescription Drugs** | *Ded Applies First, then:* | *Ded Applies First, then:* | | |
| Generic | | | | |
| Brand | 100% Coverage | 100% Coverage | $55 / $105 / $180 | $55 / $105 / $180 |
| Non-Formulary | | | | |
| **Rates** | | | | |
| Employee | $335.05 | $359.54 | $401.29 | $435.24 |
| Employee/Spouse | $716.49 | $768.86 | $858.13 | $930.73 |
| Employee/Child(ren) | $570.27 | $611.95 | $682.99 | $740.78 |
| Family | $996.32 | $1,069.15 | $1,193.28 | $1,294.23 |
| **Employee Monthly Contribution** | | | | |
| Employee | ☐ $67.01 | ☐ $91.50 | ☐ $133.25 | ☐ $167.20 |
| Employee/Spouse | ☐ $143.30 | ☐ $195.67 | ☐ $284.94 | ☐ $357.54 |
| Employee/Child(ren) | ☐ $114.05 | ☐ $155.73 | ☐ $226.77 | ☐ $284.56 |
| Family | ☐ $199.26 | ☒ $272.09 | ☐ $396.22 | ☐ $497.17 |

Election of Coverage: Please check box by benefit level.

Waive Coverage: ☐

Signature _____  Date 12-21-10

NOTE: Company logos are for information purposes only. Agents are independent and are not affiliated with the company.

NOTE: This benefit comparison will not replace the benefit grid that is furnished by Network Health Plan/Network Health Insurance Corporation and approved by the Office of the Commissioner of Insurance.

This constitutes only a summary of the Health plan involved. The actual contract or plan document must be consulted to determine the governing contractual provisions, limitations, or exclusions. There is no guarantee, expressed or implied by Associated Financial Group or vendors of plan provisions or level of payments.

Case 1:17-cv-00589-WCG   Filed 03/08/18   Page 4 of 5   Document 33-33

DURAFIBRE00053

12/15/10  11:00 am  Copyright © 2010 by Associated Financial Group, LLC.    \\AFKIM-K3D01SP\shared$\AFKIM Shared\Companies\Dura Fibre\11\Renewal\2011 Plan Options.xls

# Dura-fibre

## DENTAL COVERAGE - UNION

*Effective 1.1.2011*

Tim JACOBS

| Carrier | HUMANA DENTAL | |
|---|---|---|
| | In-Network | Out-of-Network |
| **Deductible** (Single/Family) | $50 / $150 | |
| **Annual Maximum per member** | $1,000 | |
| **Preventive Services** | **No Deductible** | |
| Oral Exams | | |
| Routine Cleanings | | |
| X-Rays | 100% | 80% |
| Topical Fluoride | | |
| Sealants | | |
| **Basic Services** | **Deductible Applies** | |
| Amalgam/Composite Fillings | | |
| Extractions (Non-Surgical & Surgical) | 80% | 50% |
| Full & Partial Denture Repair | | |
| Endodontics (Simple & Complex) | 50% | |
| Periodontics (Simple & Complex) | | |
| **Major Services** | **Deductible Applies** | |
| Porcelain Crowns | | |
| Inlays/Onlays | 50% | 50% |
| Partial or Complete Dentures | | |
| Removable or Fixed Bridgework | | |
| **Orthodontics** | No Coverage | |
| Deductible | | |
| Benefits Paid At | | |
| Lifetime Maximum | | |
| **Rates** | **Current** | **Renewal** |
| Employee                                15 | $19.86 | $21.39 |
| Employee/Spouse                     10 | $45.13 | $48.62 |
| Employee/Child(ren)                  7 | $38.17 | $41.09 |
| Family                                       15 | $64.22 | $69.16 |
| **Monthly Employer Contribution** | | |
| Employee | $17.87 | $19.25 |
| Employee/Spouse | $40.62 | $43.76 |
| Employee/Child(ren) | $34.35 | $36.98 |
| Family | $57.80 | $62.24 |
| **Monthly Employee Contribution** | | |
| Employee | $1.99 | ☐ $2.14 |
| Employee/Spouse | $4.51 | ☐ $4.86 |
| Employee/Child(ren) | $3.82 | ☐ $4.11 |
| Family | $6.42 | ☒ $6.92 |

Waive Coverage: ☐

Signature _____ Date 12-21-10

NOTE: Company logos are for information purposes only. Agents are independent and are not affiliated with the company.

This constitutes only a summary of the Dental plan involved. The actual contract or plan document must be consulted to determine the governing contractual provision, limitations, or exclusions. There is no guarantee, expressed or implied by Associated Financial Group or vendors of plan provisions or level of payments.

10/26/2009  5:00 pm  Copyright © 2007 by Associated Financial Group, LLC        Dunsim Partners\10\Ren\Dental Election Form Union-Salaried.xlsx   DURAFIBRE00059