U.S. Department of Labor    Occupational Safety and Health Administration
                            230 South Dearborn Street, Room 3244
                            Chicago, IL 60604
                            (312) 353-2220 Fax (312) 886-5588



FEB 1 0 2014        **Certified Mail #: 7013 1090 0000 2282 3413**

Reinhart Boerner Van Deuren s.c.                    FEB 1 8 2014
Attn: John H. Zawadsky
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018

SUBJECT:    Dura-Fibre/Jacobs/5-0170-13-038
            Request for Responsive Documentation

Dear Mr. Zawadsky:

The Occupational Safety and Health Administration (OSHA) received a statement of position from Dura-Fibre LLC (Respondent) in the above-referenced complaint filed by Timothy Jacobs (Complainant). In order to fully assess the submission, the investigator will require additional supporting documentation from Respondent. As a result, OSHA is requesting that Respondent please provide or make available the following documentation for review:

1. Copy of Dura-Fibre safety policy
2. Complainant's personnel file (i.e., documents showing the terms and conditions of Complainant's employment, along with records of any of Complainant's disciplinary actions during the last four years of his employment with Respondent)
3. Copy of OSHA 300 Log
4. List of employees terminated for accumulating 24 points in safety violations within the last twelve months (please include documentation or copies of termination forms)
5. List of employees disciplined for safety violations within the last twelve months. Specifically, employees disciplined for Group 1.Rule 4, committing an unsafe act, and Group 2.Rule 5, failure to report to an accident or injury to a supervisor (please include accident investigation forms and disciplinary slip)

Please respond to this request no later than **Thursday, February 20, 2014**. Responses by email and fax are also acceptable. Investigator Moraga's email is moraga.claudia@dol.gov. The fax number to this office is (414) 297-4299. Should you have any questions concerning this request, please contact Investigator Moraga at (414) 297-3315.

Sincerely,

Robert J. Kus
Regional Supervisory Investigator
Whistleblower Protection Program

**Exhibit 4**

Case 1:17-cv-00589-WCG   Filed 04/23/18   Page 1 of 1   Document 46-5

DURAFIBRE00312